MARCONI WIRELESS TELEGRAPH CO. OF AMERICA v. DE FOREST RADIO TELEPHONE & TELEGRAPH CO. et al.

(Circuit Court of Appeals, Second Circuit. May 12, 1915.)

Nos. 273–275.

Appeals from the District Court of the United States for the Southern District of New York.

This cause comes here upon appeal from a decree of the District Court, Southern District of New York, granting an injunction pendente lite restraining defendants from infringing claims 1, 2, and 5 of the Lodge patent, No. 609,154, granted August 16, 1898, and claims 1, 2, 3, 6, 8, 10, 11, 12, 13, 14, 16, 17, 18, 19, and 20, of the Marconi patent, No. 763,772, granted June 28, 1904. At the same time appeals were argued from an order denying a motion to vacate or modify the injunction and from an order denying a motion to suspend the injunction.

Samuel E. Darby, of New York City, for appellants.

L. F. H. Betts, of New York City, for appellee.

Before LACOMBE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. Both patents and an extended presentation of the prior art were considered and the claims construed by Judge Veeder, whose very full and careful opinion will be found in Marconi Wireless v. National Signalling Co. (D. C.) 213 Fed. 815. Judge Hough's opinion in the case at bar is reported in 225 Fed. 65. We do not think it necessary to add anything to the discussion at this stage of the case; with the facts before him Judge Hough quite properly granted the preliminary injunction.

Orders affirmed, with costs.